**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **Kenstie Phanord,** | : |
| **Plaintiff,** | : |
| v. | : Civil Action No.: 3:10-cv-01976-RNC |
| **FH Cann & Associates, Inc.; and DOES 1-10, inclusive,** | : |
| **Defendants.** | : |

### NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

**Dated January 28, 2011**

                                               **Respectfully submitted,**

                                               **PLAINTIFF, Kenstie Phanord**

                                               **/s/ Sergei Lemberg**

                                               **Sergei Lemberg, Esq.**
                                               **LEMBERG & ASSOCIATES L.L.C.**
                                               **1100 Summer Street, 3rd Floor**
                                               **Stamford, CT 06905**
                                               **Telephone: (203) 653-2250**
                                               **Facsimile: (877) 795-3666**
                                               slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

**I hereby certify that on January 28, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.**

**By  /s/ Sergei Lemberg**

**Sergei Lemberg**